

```
FILED
May 26 2021
2:46 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ emilybl     DEPUTY
```

~~SEALED~~

s/ SuzanneA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1586 JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Methamphetamine and Heroin; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine |
| JOVANY GALLARDO (1), CORINNA THING (2), | |
| Defendants. | |

The grand jury charges:    **ORDERED UNSEALED on 06/08/2021   s/ SuzanneA**

Count 1

On or about August 2, 2019, within the Southern District of California, defendant JOVANY GALLARDO, did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 91 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//

BJK:nlv:San Diego:5/25/21

### Count 2

On or about October 23, 2019, within the Southern District of California, defendant JOVANY GALLARDO, did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 54 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about November 21, 2019, within the Southern District of California, defendant JOVANY GALLARDO, did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 199 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 4

On or about December 16, 2019, within the Southern District of California, defendant JOVANY GALLARDO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 5

Beginning at a date unknown to the grand jury and no later than March 6, 2020, and continuing up to and including March 10, 2020, within the Southern District of California, defendants JOVANY GALLARDO and CORINNA THING, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more, to wit: approximately 94.6 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

### Count 6

On or about March 10, 2020, within the Southern District of California, defendants JOVANY GALLARDO and CORINNA THING, did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 94.6 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 7

On or about July 25, 2020, within the Southern District of California, defendant CORINNA THING, did knowingly and intentionally import 5 grams and more, to wit: approximately 46 grams of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 26, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By:
BRANDON J. KIMURA
Assistant U.S. Attorney

3