UNITED STATES DISTRICT COURT

U.S. MARSHALS-S/CA
RECEIVED
2022 JAN 20 PM 2: 55
PLEASE RECEIPT AND RETURN

| UNITED STATES OF AMERICA | ) | Case No: 21-CR-1586-JLS |
|---|---|---|
| v. | ) | |
| Jovany Gallardo | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (✓) Ad Prosequendum           ( ) Ad Testificandum.

Name of Detainee: Jovany Gallardo
Detained at (custodian): Attn:George Bailey Detention Facility

Detainee is:  a.)  (✓) charged in this district by:
              (✓) Indictment    ( ) Information    ( ) Complaint
              Charging Detainee With: 21 U.S.C. 841
        or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings.
        or b.) (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for Arraignment on Indictment Hearing set for January 27, 2022 at 10:00 a.m. before the Honorable Allison H. Goddard, Schwartz United States District Court, 221 West Broadway, Courtroom 3B, San Diego, CA 92101.

I hereby attest and certify on 01/20/2022
That the foregoing document is a full, true and correct
copy of the original ~~on file in my office and in my legal custody.~~

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Signature: _____
Printed Name & Phone no.: AUSA Brandon J. Kimura 619-546-9614
Attorney of Record for: United States of America

By _____ Deputy

## WRIT OF HABEAS CORPUS
(✓) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 20, 2022                                             Allison H. Goddard  (SEAL)
Date                                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jovany Gallardo | ☑ Male   ☐ Female |
| Booking or Fed. Reg. #: | 22700609 | DOB: 12/07/1991 |
| Facility Address: | 446 Alta Rd #5300 | Race: |
| | San Diego, CA 92158 | FBI#: |
| Facility Phone: | (619)210-0385 | |
| Currently Incarcerated For: | | |

## RETURN OF SERVICE

Executed on: _____    by: _____

(Signature)

Form Crim-48                                                                Revised 7/25/14