# UNITED STATES DISTRICT COURT

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA )  Case No: 21-CR-1586-JLS
)
v. )
)
Jovany Gallardo )
)

RECEIVED 2022 JAN 28 AM 11:01 U.S. MARSHALS-S/CA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee: Jovany Gallardo
Detained at (custodian): Attn: George Bailey Detention Facility

Detainee is:
a.) (✓) charged in this district by:
(✓) Indictment    ( ) Information    ( ) Complaint
Charging Detainee With: 21 U.S.C. 841

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for Arraignment on Indictment Hearing set for February 2, 2022 at 10:00 a.m. before the Honorable Mitchell D. Dembin, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

I hereby attest and certify on 1.28.22
That the foregoing document is a full, true and correct copy of the original ~~on file in my office and in my legal custody.~~

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Signature: _____
Printed Name & Phone No.: AUSA Brandon J. Kimura 619-546-9614
Attorney of Record for: United States of America

By _____ Deputy

## WRIT OF HABEAS CORPUS
(✓) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 28, 2022
Date

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jovany Gallardo | ☑ Male    ☐ Female |
| Booking or Fed. Reg. #: | 22700609 | DOB: 12/07/1991 |
| Facility Address: | 446 Alta Rd #5300 | Race: |
| | San Diego, CA 92158 | FBI#: |
| Facility Phone: | (619)210-0385 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                Revised 7/25/14