UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOVANI GALLARDO (1),<br><br>      Defendant. | Criminal No. 21CR1586-JLS-1<br><br>ORDER APPROVING CONTINUANCE OF MOTION HEARING CURRENTLY SET FOR JUNE 10, 2022 AT 1:30 P.M. AND RESETTING THE MOTION HEARING FOR JULY 15, 2022 AT 1:30 P.M. |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently set for JUNE 10, 2022 at 1:30 p.m. in this Court is continued and reset for JULY 15, 2022 at 1:30 p.m. in this Court.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: June 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge