UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANY GALLARDO (1),<br><br>Defendants. | Criminal No. 21CR1586-JLS-1<br><br>ORDER APPROVING CONTINUANCE OF MOTION HEARING CURRENTLY SET FOR JULY 15, 2022 AT 1:30 P.M. AND RESETTING THE MOTION HEARING FOR AUGUST 12, 2022 AT 1:30 P.M. |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently set for JULY 15, 2022 at 1:30 p.m. in this Court is continued and reset for AUGUST 12, 2022 at 1:30 p.m. in this Court.

For the reasons set forth in the joint motion, **IT IS HEREBY ORDERED** that time is excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. §3161(h)(7)(B)(ii).

**IT IS SO ORDERED.**

Dated: July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge