| | |
|---|---|
| 1 | RANDY GROSSMAN |
| 2 | United States Attorney<br>BRANDON J. KIMURA |
| 3 | Assistant U.S. Attorney |
| 4 | California Bar No.: 241220<br>Office of the U.S. Attorney |
| 5 | 880 Front Street, Room 6293 |
| 6 | San Diego, CA 92101<br>Tel: (619) 546-9614 |
| 7 | |
| 8 | Attorneys for the United States |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANY GALLARDO,<br><br>Defendant | Case No.: 21CR1586-JLS<br><br>Date:   July 9, 2023<br>Time:   9:00 a.m.<br><br>The Honorable Janis L. Sammartino<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy Grossman, United States Attorney and Brandon J. Kimura, Assistant U.S. Attorney, hereby files its Sentencing Summary Charts, which is based upon the files and records of this case.

    DATED: June 4, 2023                      Respectfully submitted,

                                                     RANDY GROSSMAN<br>                                                     United States Attorney

                                                     /s/Brandon J. Kimura<br>                                                   Assistant United States Attorney

SENTENCING SUMMARY CHART | USPO [ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)] | AUSA [☒]
Sentencing Date: July 9, 2023 | DEF [ ]

Defendant's Name: <u>JOVANY GALLARDO</u>  Docket No.: <u>21CR1586-JLS</u>

Attorney's Name: <u>Brandon J. Kimura</u> Phone No.: <u>619-546-9614</u>

Guideline Manual Used: <u>November 1, 2021</u>  Agree with USPO Calc.: Yes ☐  No ☒

| | |
|---|---|
| Base Offense Level(s): <u>USSG § 2D1.1 (c)(4) – 533.7 grams of methamphetamine (actual)**</u> | <u>34</u> |
| Specific Offense Characteristics: | |
| <u>USSG § 3C1.1 – Obstruction</u> | <u>+2</u> |
| Adjustment for Role in the Offense [USSG § 3B1.2(b)] | |
| Adjusted Offense Level: | <u>36</u> |
| ☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility [☒ <u>Government Motion – USSG §3E1.1(b)</u>] | <u>-3</u> |
| Total Offense Level: | <u>33</u> |
| Criminal History Score: | <u>14</u> |
| Criminal History Category: | <u>VI</u> |
| ___ Career Offender   ___ Armed Career Criminal | |
| Guideline Range:                                                      from | <u>235</u> mths |
| (Range limited by: ___ minimum mand.   ___ statutory maximum)      to | <u>293</u> |
| | |
| <u>Departure for Combination of Factors USSG § 5K2.0 (eff. resolution, full waiver)</u> | <u>-2</u> |
| Resulting Guideline Range: | |
| Adjusted Offense Level: <u>31</u>                                     from | <u>188</u> mths |
|                                                                       to | <u>235</u> |

GOVERNMENT RECOMMENDATION: <u>Variance* (equivalent to 5 levels, AOL 26, Range 120-150) 120 months' custody (per the plea agreement), 5 years S/R to include all conditions set forth in PSR ¶ 119(1)-(6).</u>

<u>*Variance based on substance abuse as set forth in PSR ¶ 70-77. Also and potential sentencing disparities co-defendant. Further variance are not recommended given Defendant's significant criminal history with dangerous and violent convictions (PSR ¶ 43-50), the need to protect the public, and for both general and specific deterrence.</u>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOVANY GALLARDO,<br><br>　　　　　　Defendant. | Case No. 21CR1586-JLS<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action. I have caused service of the United States' Sentencing Summary Chart on the following parties by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

　Knut S. Johnson, Esq.

Attorney for JOVANY GALLARDO

　I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2023.

　　　　　　　　　　　　　　　　　　/s/BRANDON J. KIMURA
　　　　　　　　　　　　　　　　　　BRANDON J. KIMURA
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney