Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
655 West Broadway, Suite 900
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com
Attorney for Jovany Gallardo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-cr-1586-JLS |
|---|---|
| Plaintiff, | Defendant's Sentencing Summary Chart |
| v. | August 25, 2023, 9:00 a.m. |
| JOVANY GALLARDO, | |
| Defendant. | |

Dated: August 18, 2023

Respectfully submitted,

*/s/ Knut Johnson*

Knut S. Johnson
Attorney for Jovany Gallardo

# SENTENCING SUMMARY CHART

| | | | |
|---|---|---|---|
| Defendant's Name: | **Jovany Gallardo** | Dkt. No. | DEF X<br>21-cr-1586-JLS |
| Manual Used: | Nov. 1, 2021 | Agree w/ PO? | Yes |

**Conspiracy to distribute methamphetamine, 21 USC § 846, 841(a)(1)[1]**

| | |
|---|---:|
| Base Offense Level §2D1.1 (533.7 grams methamphetamine) - | 34 |
| Obstruction § 3C1.1 | +2 |
| Acceptance | -3 |
| Total Offense Level | 33 |
| Criminal History Score: | 14-pts |
| Criminal History Category: | CHC VI |
| Guideline Range: from | 235 |
| to | 293 |

Variances and departures:

| | |
|---|---:|
| Departure agreed to in Plea Agreement | -2 |
| Departure/Variance based on Government's Control of Offense Level | -6 |
| Variances identified by US Probation (PSR, ¶¶ 108-111) | -4 |
| Variances identified by government (dkt. 108, page 2) | -5 |
| **Resulting Guideline range** | **46 - 57 months** |

| | |
|---|---|
| Statutory Term of Supervised Release 21 USC § 960(b)(3) | At least 4 years |
| Statutory Fine Range 21 USC § 960(b)(3) | 0-$5,000,000.00 |
| Guidelines Range Supervised Release Range § 5D1.2(c) | 4-5 years |
| Guidelines Range Fine §5E1.2(c)(3) and (c)(4) | $35,000 - 5,000,000 |

Recommendations:
- Five years CAG (to run concurrent with SDCD287510 [PSR, ¶ 50]); no fine; $100.00 SA; 5 years SR; RDAP recommendation

---

[1] A class B felony because the maximum here is 40 years, which is more than 25 years and less than life. 18 USC § 3559(a)(2)