

# ABC YOUTH FOUNDATION

February 23, 2022

To: Whom This May Concern:

My name is Billy Moore and I am honored to offer my recommendation of Jovany Gallardo to whom I have know for over 10 years. Jovany was a youth who participated in my after school boxing program which is called Any Body Can Youth Foundation.

My personal experience with Javony was one of an Instructor, Mentor and Coach. Jovany Gallardo was always industrious, determined, compassionate and willing to help others. It is these qualities that we developed and nurtured as part of the ABC program. Jovany is and always will be part of our ABC family. I know that Jovany has the qualities and ability to become a productive member of society. I believe that at some point he will use this experience to teach others how to avoid the pitfulls he has succumbed to. Jovany has recently become a father and I believe that has significantly changed his perspective and priorities. Jovany will be able to change in order to be a better individual and father.

Respectfully,

Billy R. Moore

Billy Moore

President and CEO
Any Body Can Youth Foundation

3131 MARKET ST | SAN DIEGO, CA 92102 | 619-234-2200 | OFFICE@ABCYOUTHFOUNDATION.ORG

001

To Whom this may concern ,

My name is Cirila Saligan I am the mother of Jovany Gallardo . I am aware of everything that is going on . I know hes in custody , I want us to be fair it hurts me that my son is in there . I want you guys to take him in consideration , What you guys want to sentence him is way too much for his kids and family . I am a hard working mother who is honest , i try my best for my family to be good . but this that i am going through That my son is not by my side , i feel like a piece of my heart is missing . Are you guys really trying to sentence a person who was under the influence of drugs . lets be fair with his sentence , i do not agree as a mother , You guys know that when is a person is in drugs they are not aware of what they do . My son would do anything to get drugs , he thought everything was easy since he was not thinking right as an addict . He wasn't thinking into what problems he was going to get himself into . I am Christian part of my church which is called "Ministerio Jesus Mi amigo Fiel" I am praying to our Father so he can touch your guy's heart so you guys can give my son a fair sentence . My son turned himself in because he was thinking better since he was getting help out in tijuana due to his addiction , god touched his heart .Blessings to everyone that have my sons case in hands thank you .

Sincerely ,

Cirila Saligan



# MINISTERIO JESÚS MI AMIGO FIEL

4011 ½ Van Dyke Ave San Diego Ca. 92105
(619)321-8703

Abril 14, 2022

**To Whom It May Concern:**

Our names are Jesus Bello and Maria Bello we are part of the U.S United Chaplan and we are pastors from Latin Christian church name Jesus Mi Amigo Fiel

With thi letter we can confirmed that we know personally Mr. Alejandro Gallardo and his wife Cirilo Suastegui the parents of Jovani Gallardo. Alejandro and Cirila they congregate in our church for 5 year. And have demonstrated too be great people. Through Alejandro and Cirila his parents is how we met Jovani. He had the oportunity too talk too him and he has expressed his desired to change and be a new person.

I hope that soon Jovani can be part of our church as a new person and help other that are going through the same thing. We are here too Help Gallardo Family in any way we can. For any more information feel free too comunicate with us

Sincerely,

Jesús Bello            Maria Bello

*JesusBello*          *Maria Bello*

003

**KARLA CALLEROS**
4610 NOGAL ST APT A
SAN DIEGO CA. 92102
KCALLEROS27@GMAIL.COM

To whom may concern,

Blessings, my name is Karla Calleros, I'm a worker, wife and mother of 3. Also I congregate at a local church "Jesus Mi Amigo Fiel" Me and my husband have Help local churches more than 10 year and are currently part of this small congregation. We are happy too be able tod help our community our best we can. We work with teens help them be out of drugs, family abuse and just a healthy life introducing spiritual life as a guide.

That how we got too meet Alejandro Gallardo and his Wife Cirila. This family has grown during this time. I have met this family and I can see how much Jovani is a missing part not only too their parents but also too his sisters and nieces. I have heard from them how Jovani is ready for a new change in life. I know Jovani close too his family and church supporting all the family it would be a great change in his life.

Thank You for your Time

Karla Calleros

004

To Whom this may concern,

My name is Dinorah Gallardo I am Jovany's youngest sibling . My brother is genuinely a great person . I'm not just saying that because he's my brother . This young man loves to help out others out even when he doesn't have to he has a big heart . He is a father of 3 beautiful children that love him very much , He's a great father to those kids . They truly miss their father and need him in their life's , My brother has always been responsible when it comes to his family . always been there to support them in any way , I personally have a strong bond with my brother we used to box together  he used to be my trainer at "ABC boxing" . My brother used to pick me up everyday after school to take me to the gym to train me at the gym. My brother is a very hard working man he loves to cook and build houses , he is very good at that . Sadly when someone falls in drugs you know everything changes my brother was trying his hardest to leave his drugs and better himself , I thank god for helping him
out .He was being helped in Tijuana to leave his addiction and little by little he left his drugs . My brother was not in his right mind when he was doing things he wasn't suppose to do. I know he wasn't he's not the person you guys may think he is due to his actions . I know everyone in this world deserves a second chance . My family and I truly miss our brother being around us specially my mother more then anyone the Women who birthed him . my mother suffers from diabetes her condition is very critical and is on medication. it truly hurts me when I see her crying herself to sleep every night because her son is behind those bars I'm afraid if she gets more ill due to what's going on , A piece of us is missing.

*[signature]*

005

To whom it may concern,

I am Jovany's ex-wife and I am writing this letter because we have two kids together that need him in there life. Our oldest son is going to be 11 this month and loves having his dad around to help him in his sport of jiu jitsu and boxing. He has always been a hard worker I've known him since we were 17 and he always would try his best to support us. He has a lot of skills such a cooking and building houses. My kids adore him despite our differences.

Sincerely,

Amber Talamante Gallardo

Zagdy Eneyda morales

Words cant explain what our family is going through, these rough days sadly my cousin jovanny Gallardo has been away from me and my family i miss him so much & I wish he was here with us today. I miss when we would go out to the beach and have fun with the family we would have many great times. Jovani is a great person he's such a happy person. It makes me so sad that he cant be here with us today we miss him so much. He was such a helpful person whenever someone would need help he would always offered help with what you needed it didn't matter what it was or what time it was. He is very kind & extremely humble he would always look out for others in any way shape or form. As i bring this letter to an end I'm still devastated to have my cousin taken away from my family WE just want him home.

To Whom it may concern,

My name is Julie Jones I have known Jovany for over 10 years.
Jovany worked for me at Petco Park from 2010 through 2013 he is an amazing young man with great customer service and was an excellent food prep he worked in our main prep kitchen for Delawarenorth. I have been in contact with him throughout years. He has worked several other food prep and chef jobs in our industry. Jovany is a father of two amazing children Jovany and Valerie he has always be a devoted father to both of his children.
Sincerely,
Julie Jones
619-993-4916


Julie Jones
Scheduling Department
Manager
Elite Show Services Inc.
2878 Camino Del Rio South
Suite 260
San Diego, California 92108
Phone: (619) 574-1503
Fax: (619) 574-1588
E-Mail: julie@elitesecuritystaffing.com

008

Yamilet Gallardo
April 15, 2022
RE: Reference letter

To whom it may concern,

    My name is Yamilet Gallardo and I'm Jovany's young sister, I am writing to you today vouching for my brother. Jovany is a respectable young man who unfortunately chose the wrong path in his life. Growing up in the "hood" and being surrounded by multiple temptations played a major part in developing for my brother. We are a total of 3 siblings and my brother has always helped my father and mother take care of us when they would have to work two jobs to make ends meet. Jovany not only took care of us but also took us to his boxing gym to keep us close to him. Boxing was truely my brother's passion and he would participate in tournaments out of state. My brother's troubles started when my aunt passed away and hit our family hard in many different aspects. The passing of my aunt was his downfall during his youth because she took the role of a mother figure towards us since my parents were always at work.

    My brother is a caring man who didn't make the right choices growing up and unfortunately turned to drugs. I know there's many addicts like him in the streets that the government would like to keep off the streets. That is understandable. However, what other solutions have we tried if jail time hasn't worked for them . How can the system help these individuals who struggle on a daily basis with drug abuse? Put them away for x amount of years and get released to the same situation? A lot of these issues have to do with limited opportunities for minority groups that are not at their reach. I would like by brother to join a Cristian program because the only solution is god our savior.

    Everyone deserves a second chance, yes even addicts who struggle with their inner traumas. I understand my brother has a previous criminal history but he has done his time and payed his dues, He lasted years without getting in trouble until this time. He has three kids that needs him , Jovany Jr 11 years old, Valerie 6, and Delaliah 5 months. Not to mention Jovany Jr is entering

his teen years soon and he needs a father figure in his life, since we all know those are

Gallardo 2

one of the toughest years. Valerie is very close to her dad and always asks where has he gone, when will he come back. Delilah only spent 2 months of her life with her dad. My brother wanted to do the correct thing and turn himself in, for the love towards his kids. My brother wasn't planning his life as a fugitive, he was working on himself on his addiction and joined a program while he was there. I can write a whole book about his character and the wonderful things he did as a Father, Brother and Son. But I know your time is valuable your honor, I hope you find it in your heart to help my brother, and let him watch his kids grow up. My parents are elderly and sick, I would desire for them to enjoy their last years making memorable memories with their son. I hope we reunite as a family soon and catch up on the time lost.

Sincerely,

Yamilet Gallardo

7825 Fay Ave

Suite 200

La Jolla CA 92037

(619) 779-9222

*[signature]*